NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3154

SARAH Y. DUBOISE,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in DE0831080403-I-1.

ON MOTION

## ORDER

The Office of Personnel Management moves for a 14-day extension of time, until June 26, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUN 24 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Sarah Y. DuBoise
     Roger A. Hipp, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 24 2009

JAN HORBALY
CLERK